UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:25-CR-19-D

UNITED STATES OF AMERICA

v.

MATT GARRET CLINE

ORDER

This matter is before the Court on the defendant's unopposed Motion for the Sentencing

Hearing in this matter to be referred to United States Magistrate Judge Robert T. Numbers, II. For

good cause shown and because the offense to which the defendant is pleading guilty is a Class B

misdemeanor and petty offense, it is hereby ORDERED that this case is referred to United States

Magistrate Judge Robert T. Numbers, II for sentencing. See 18 U.S.C. §§ 19, 3559(a)(7); 28

U.S.C. § 636(a); Local Criminal Rule 5.3(a).

SO ORDERED.

This 18 day of June, 2026.

JAMES C. DEVER III
United States District Court Judge